980 F.2d 722
 Alberici (Joseph, Theresa), La Casa Mia, Inc., Studio 19,
Alberici (Vincent, Elizabeth), O'Donnell (Theresa)
v.
U.S. Government, Department of Justice, Vaira (Peter F.),
Strawbridge (David), Weaver (Luther), Wehner (Stephen), Epps
(Joanne), Dept. of Treasury, Lory (Barry), Dutch (Dennis),
Commonwealth of PA, Dept. of State Police, Atty. Gen., Di
Giamberdini (William), Delaware Cnty., PA, Lewis (George),
Boyden (Kenneth), Safeguard Mut. Ins. Co., Goldstein (Barry), PA. Ins.
 NO. 92-1258
 United States Court of Appeals,
Third Circuit.
 Oct 06, 1992
 
 Appeal From: E.D.Pa.,
 Van Antwerpen, J.
 
 
 1
 AFFIRMED.